IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK KENNETH BENSON,

               Petitioner,

      vs.

GARY SWARTOUT,[1] Warden (A),
California State Prison, Solano,

               Respondent.

No. 2:07-cv-02244-JKS

ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED THAT, within 14 days of the date of this order, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

Dated: March 10, 2010.

                                   s/ James K. Singleton, Jr.
                                 JAMES K. SINGLETON, JR.
                                 United States District Judge

---

[1] Gary Swartout, Warden (A), California State Prison, Solano, is substituted for D. K. Sisto, Warden, California State Prison, Solano.